# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 13, 2016

Mr. Roger Alan Keller Jr.
Mr. Joseph M. Landolt
U.S. ATTORNEY'S OFFICE
Mr. Cristian Matthew Stevens
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102

      RE:  16-2207  Norris Holder v. United States

Dear Counsel:

      An application for permission to file a successive habeas has been filed and assigned the caption and case number shown above.  <u>A link to the application is included on your notice of docket activity.</u>

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      <u>Your response to the application is due within fourteen days of your receipt of this letter.</u> Please serve a copy of your response on petitioner. Further information about the court's procedures in successive habeas proceedings is contained in Eighth Circuit Rule 22B "Second or Successive Habeas Corpus and Section 2255 Proceedings."

      Upon receipt of your response, the matter will be referred to the court for a ruling.

      An order appointing the Federal Public Defender will be forwarded under a separate notice of docket activity.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact this office if you have any questions.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc:     Mr. Scott Braden
        Mr. Norris G. Holder

**Caption For Case Number:   16-2207**

Norris G. Holder

       Petitioner

v.

United States of America

       Respondent

Appellate Case: 16-2207     Page: 3     Date Filed: 05/13/2016 Entry ID: 4398766

**Addresses For Case Participants:   16-2207**

Mr. Roger Alan Keller Jr.
Mr. Joseph M. Landolt
Mr. Cristian Matthew Stevens
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102

Mr. Scott Braden
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 490
1401 W. Capitol
Little Rock, AR  72201-3325

Mr. Norris G. Holder
FEDERAL CORRECTIONAL INSTITUTION
26902-044
P.O. Box 33
Terre Haute, IN  47808