# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-2207

Norris G. Holder

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
_____

## ORDER

On the court's own motion, the order of May 13, 2016 appointing the Federal Public Defender for the Eastern District of Missouri is vacated. It is further ordered that Mr. Scott W. Braden, Assistant Federal Public Defender for the Eastern District of Arkansas, and Ms. Madeline S. Cohen are appointed under the provisions of the Criminal Justice to represent petitioner.

May 13, 2016

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans