**APPEARANCE**
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**NO.** _____

_____

**vs.**

_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)**_____

_____

**s/**_____
                **ATTORNEY NAME**

_____         _____
                **FIRM NAME**                                              **OFFICE  PHONE NUMBER**

_____         _____
              **STREET or P.O. BOX**                                    **FACSIMILE NUMBER**

_____         _____
              **CITY, STATE, ZIP**                                      **E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

_____ I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

_____ I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

_____

_____.

s/_____

Appellate Case: 16-2207     Page: 1     Date Filed: 05/16/2016 Entry ID: 4399357