**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

**No. 16-2207** - **EMSL**

| | |
|---|---|
| **NORRIS HOLDER,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COMES NOW Allison H. Behrens, Assistant United States Attorney, and hereby enters her

appearance on behalf of the Government in the instant matter.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/ Allison H. Behrens*

Allison H. Behrens, #38482MO
Assistant United States Attorney
111 South 10th Street
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was served by way of this

Court's electronic notification system this 27th day of May, 2016, upon:

Scott Braden

Madeline S. Cohen

*s/Allison H. Behrens*

ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney