# Madeline S. Cohen

### Attorney at Law

1942 Broadway, Suite 314
Boulder, Colorado 80302
tel: (303) 402-6933
madeline@madelinecohenlaw.com

June 20, 2016

Michael E. Gans, Clerk of Court
United States Court of Appeals, Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

      Re:   *Holder v. United States*, No. 16-2207 (Application to file Successive §
             2255 Motion)
             Supplemental Authority pursuant to Fed. R. App. P. 28(j)

Dear Mr. Gans:

Pursuant to Rule 28(j), I wish to bring to the Court's attention the Fourth
Circuit's decisions, issued on June 16 and 17, 2016, authorizing federal death row
prisoners Richard Jackson, Chadrick Fulks, and Brandon Basham to file successive
motions under 28 U.S.C. § 2255. Copies of the Fourth Circuit's unpublished
orders in each of these cases are attached for this Court's convenience.

Like Mr. Holder, each of these petitioners was convicted of violating 18
U.S.C. § 924(c) and was sentenced to death under 18 U.S.C. § 924(j). The "crimes
of violence" underlying their §924(c) convictions and their death sentences under §
924(j) included murder, kidnapping, and aggravated sexual abuse. Each of these
petitioners, like Mr. Holder, sought leave to file a successive § 2255 motion based
upon the Supreme Court's holding in *Johnson v. United States*, 135 S. Ct. 2551
(2015), that the residual clause of the Armed Career Criminal Act is void for
vagueness. Just as Mr. Holder did, they argued that *Johnson* invalidates the materially
indistinguishable residual clause of § 924(c), and that under the required analytical

framework, their predicate crimes do not qualify as "crimes of violence" under §
924(c)'s "force" or "elements" clause.

In each case, the Fourth Circuit agreed that the petitioner made out the
prima facie showing required to satisfy the requirements of § 2255(h)(2), and
authorized him to proceed in the district court on his successive § 2255 motion.

Respectfully submitted,

/s/ Madeline S. Cohen
Madeline S. Cohen
Counsel for Norris G. Holder, Jr.

Cc:    Scott W. Braden, Assistant Federal Public Defender (via ECF)
       Allison H Behrens, Assistant United States Attorney (via ECF)