# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 26, 2016

Ms. Madeline S. Cohen
Suite 314
1942 Broadway
Boulder, CO  80302

Mr. Scott Braden
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 490
1401 W. Capitol
Little Rock, AR  72201-3325

     RE:  16-2207  Norris Holder v. United States

Dear Counsel:

     Enclosed is a dispositive order entered today at the direction of the court.

     Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

                     Michael E. Gans
                     Clerk of Court

YML

Enclosure(s)

cc:    Ms. Allison Hart Behrens
       Mr. Norris G. Holder
       Mr. Joseph M. Landolt
       Mr. Gregory J. Linhares
       Mr. Cristian Matthew Stevens

     District Court/Agency Case Number(s):