No. 16-2207

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NORRIS G. HOLDER, JR.,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

**CAPITAL CASE**

**MOTION TO RECALL THE MANDATE**

Petitioner, Norris G. Holder, Jr., through undersigned counsel, respectfully asks this Court to recall its mandate, issued on July 26, 2016, to ensure that the court has jurisdiction to consider the petition for *en banc* rehearing Mr. Holder filed on August 8, 2016. In support of this motion, counsel states:

1. This is a death-penalty case. On May 13, 2016, Mr. Holder filed an application for authorization to file a successive motion pursuant to 28 U.S.C. § 2255. This Court, in a divided decision, denied his application on July 26, 2016.

2. Contemporaneously with its denial of successor authorization, this Court issued the mandate in this case.

3. In his petition for *en banc* rehearing, Mr. Holder explained why the bar to rehearing petitions set out in 28 U.S.C. § 2244(b)(3)(E) does not apply to this case. He argued that the panel majority exceeded its jurisdiction in denying his successor authorization request based on an assessment of the merits of his claim. He also argued that the panel's decision conflicted with controlling Supreme Court and Eighth Circuit precedents. Without allowing Mr. Holder to pursue *en banc* rehearing, no mechanism exists to address these exceptionally important issues and to restore uniformity in this Court's decisions.

4. The issuance of the mandate arguably deprives the court of jurisdiction over Mr. Holder's petition for rehearing, creating yet another impediment to the full court's ability to address the issues created by the panel's failure to adhere to controlling precedent.

5. This case therefore presents the type of "grave, unforeseen contingencies" that the Supreme Court has identified as warranting exercise of the court's power to recall its mandate. *Calderon v. Thompson,* 523 U.S. 538, 550 (1998).

6. Recalling the mandate will not prejudice the government, nor will

Appellate Case: 16-2207    Page: 2    Date Filed: 08/09/2016 Entry ID: 4435714

it impose any unusual administrative burden on the court. Mr. Holder filed

his petition for rehearing *en banc* within the 14 days required under

Federal Rules of Appellate Procedure 35 and 40.

WHEREFORE, Mr. Holder respectfully asks this Court to recall its

mandate in the above-captioned appeal.

Respectfully submitted,

/s/Madeline S. Cohen (digital)
MADELINE S. COHEN
Colorado Bar Number 27677
1942 Broadway, Suite 314
Boulder, Colorado 80302
(303) 402-6933
madeline@madelinecohenlaw.com

JENNIFER HORAN
Federal Defender
SCOTT W. BRADEN
Assistant Federal Defender
Arkansas Federal Defender Office
Arkansas Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114
scott_braden@fd.org

Counsel for Norris G. Holder, Jr.

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016, the foregoing MOTION TO RECALL THE MANDATE was electronically filed in the United States Court of Appeals for the Eighth Circuit, using the CM/ECF system, which will generate electronic service upon:

Allison H. Behrens, Assistant United States Attorney
Allison.behrens@usdoj.gov

Scott W. Braden, Assistant Federal Public Defender
Scott_Braden@fd.org


/s/Madeline S. Cohen (digital)
Madeline S. Cohen

4

Appellate Case: 16-2207    Page: 4    Date Filed: 08/09/2016 Entry ID: 4435714