# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-2207

Norris G. Holder

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
_____

## ORDER

The majority of the active judges vote to deny the motion to recall the mandate. Judge

Kelly, a member of the court en banc, would grant the motion, and Judge Melloy, a member of

the three-judge which denied the petition for leave to file a second or successive habeas, would

grant the motion.

August 16, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans