# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-2207

Norris G. Holder

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
_____

## ORDER

On the court's own motion, the order of August 30, 2016 denying Petitioner Holder's

petition for rehearing en banc and by the panel is vacated. It is further ordered that the petition

for rehearing en banc and by panel is rejected as contrary to 28 U.S.C. Section 2244(b)(3)(E).

Judge Kelly would grant the petition for rehearing en banc. Judge Gruender did not

participate in the consideration or decision of this matter.

September 13, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans